1058

ALFRED G. OSTERWEIL, Appellant, v GEORGE R. BARTLETT, III, in His Official Capacity as Licensing Officer in the County of Schoharie, Respondent.

Decided February 19, 2013

*See* 703 F3d 139.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR MARTINEZ, Appellant.

Submitted January 22, 2013; decided February 19, 2013

Motion to amend the remittitur denied [*see* 20 NY3d 971 (2012)].

Judge RIVERA taking no part.

In the Matter of ALVIN ROSENTHAL et al., as Trustees on Behalf of the HELMSLEY CHARITABLE TRUST. THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS et al., Proposed Intervenors-Appellants; DAVID PANZIRER et al., Respondents.

Submitted December 3, 2012; decided February 19, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of intervention, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge SMITH taking no part.